**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: T.S.L.M., A MINOR | : | No. 107 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: T.S., MOTHER | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: T.K.A.M., A MINOR | : | No. 108 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: T.S., MOTHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 27th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.